**Order filed May 9, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-01081-CV
_____

### VICTORIA V. OCHSNER, Appellant

### V.

### PRESTON A. OCHSNER, Appellee

**On Appeal from the 247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2001-54131**

## ORDER

On March 5, 2013, this court ordered Phyllis Gonzales, the official court reporter, to file the record of the October 26, 2011 hearing in this appeal by April 5, 2013. As of today, no record has been filed.

Therefore, we order Phyllis Gonzales, the official court reporter, to file the record of the October 26, 2011 hearing in this appeal **within 20 days** of the date of this order. The trial and appellate courts are jointly responsible for ensuring that

the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If Phyllis Gonzales does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

If the omitted hearing was not recorded, or the appellant has not made payment arrangements, the court reporter is directed to file written communication with this court stating that the hearing was not recorded or payment arrangements were not made.


PER CURIAM